UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Elizabeth Rogers, Tina Reynolds, and Stephanie Ochoa, | : | Case No. 1:13-CV-146 |
| Plaintiffs, | : | |
| vs. | : | |
| Chipotle Mexican Grill, Inc., | : | |
| Defendant. | : | |

## SPECIAL VERDICT ONE

1. Do you find, by a preponderance of the evidence, that Defendant discharged or retaliated against Plaintiff Elizabeth Rogers for exercising her rights under the Family and Medical Leave Act?

    __X__ Yes  _____ No

2. If you answered "Yes" to Question No. 1, what amount of money, if any, do you award to Plaintiff Elizabeth Rogers for back pay?

    $ <u>116,653.00</u>

3.  If you answered "Yes" to Question No. 1, do you find by a preponderance of the evidence that Defendant has proven that it acted in good faith and that it had reasonable grounds for believing that its treatment of Plaintiff Elizabeth Rogers did not violate the Family and Medical Leave Act?

      __ X __ Yes        _____ No

4.  Do you find, by a preponderance of the evidence, that Defendant discharged Plaintiff Elizabeth Rogers because of her gender?

      __ X __ Yes        _____ No

5.  If you answered "Yes" to Question No. 4, what amount of money, if any, do you award Plaintiff Elizabeth Rogers?

| | |
|---|---|
| Back Pay | $ 116,653.00 |
| Front Pay | $ 0.00 |
| Compensatory Damages | $ 0.00 |

6. Pursuant to Title VII, did Plaintiff prove by a preponderance of the evidence that the Defendant acted with malice or with reckless indifference to Plaintiff's known rights?

      YES __ X __  NO _____

7. Pursuant to the Ohio Civil Rights Act, did Plaintiff prove by clear and convincing evidence that the Defendant acted with actual malice or in conscious disregard for Plaintiff's known rights?

YES _____  NO  X

Date:  2/08/16

s/Juror #1
Foreperson Juror# 1

s/Juror #2
Juror # 2

s/Juror #3
Juror # 3

s/Juror #4
Juror # 4

s/Juror #5
Juror # 5

s/Juror #6
Juror # 6

s/Juror #7
Juror # 7

s/Juror #8
Juror # 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Elizabeth Rogers, Tina Reynolds, and Stephanie Ochoa, | : | Case No. 1:13-CV-146 |
| Plaintiffs, | : | |
| vs. | : | |
| Chipotle Mexican Grill, Inc., | : | |
| Defendant. | : | |

**SPECIAL VERDICT TWO**

1. Do you find, by a preponderance of the evidence, that Defendant discharged Plaintiff Tina Reynolds because of her gender?

      __X__ Yes      _____ No

2. If you answered "Yes" to Question No. 1, what amount of money, if any, do you award Plaintiff Tina Reynolds?

    Back Pay                $ 123,447.00

    Front Pay               $ 0.00

    Compensatory Damages    $ 0.00

3. Pursuant to Title VII, did Plaintiff prove by a preponderance of the evidence that the Defendant acted with malice or with reckless indifference to Plaintiff's known rights?

      YES __X__   NO _____

4. Pursuant to the Ohio Civil Rights Act, did Plaintiff prove by clear and convincing evidence that the Defendant acted with actual malice or in conscious disregard for Plaintiff's known rights?

YES _____ NO__X__

Date: __2/08/16_____                                         ___s/Juror #1_____
                                                                 Foreperson Juror#_1__

___s/Juror #2_____                              ___s/Juror #3_____
     Juror #_2_                                           Juror #_3_

___s/Juror #4_____                              ___s/Juror #5_____
     Juror #_4_                                           Juror #_5_

___s/Juror #6_____                              ___s/Juror #7_____
     Juror #_6_                                           Juror #_7_

___s/Juror #8_____
     Juror #_8_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Elizabeth Rogers, Tina Reynolds, and Stephanie Ochoa, | : | Case No. 1:13-CV-146 |
| Plaintiffs, | : | |
| vs. | : | |
| Chipotle Mexican Grill, Inc., | : | |
| Defendant. | : | |

**SPECIAL VERDICT THREE**

1. Do you find, by a preponderance of the evidence, that Defendant discharged Plaintiff Stephanie Ochoa because of her gender?

    __X__ Yes      _____ No

2. If you answered "Yes" to Question No. 1, what amount of money, if any, do you award Plaintiff Stephanie Ochoa?

    Back Pay              $ 111,836.00

    Front Pay             $ 0.00

    Compensatory Damages  $ 0.00

3. Pursuant to Title VII, did Plaintiff prove by a preponderance of the evidence that the Defendant acted with malice or with reckless indifference to Plaintiff's known rights?

    YES __X__      NO _____

4. Pursuant to the Ohio Civil Rights Act, did Plaintiff prove by clear and convincing evidence that the Defendant acted with actual malice or in conscious disregard for Plaintiff's known rights?

YES _____  NO  X\_\_\_\_

Date:  2/08/16

s/Juror #1
Foreperson Juror# 1

s/Juror #2
Juror # 2

s/Juror #3
Juror # 3

s/Juror #4
Juror # 4

s/Juror #5
Juror # 5

s/Juror #6
Juror # 6

s/Juror #7
Juror # 7

s/Juror #8
Juror # 8

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Elizabeth Rogers, Tina Reynolds and,  :
Stephanie Ochoa,

         Plaintiffs,    :    Case No. 1:13-CV-146

    vs.    :

Chipotle Mexican Grill, Inc.,    :

    :

         Defendant.    :

<u>SPECIAL VERDICT ON PUNITIVE DAMAGES</u>

We, the jury, unanimously determine our Special Verdict On Punitive Damages as follows:

What amount of money, if any, do you award to Plaintiff Rogers as punitive damages against Defendant for acting with malice or reckless indifference to Plaintiff's federal rights?

$ <u>85,000.00</u>

Date: <u>2/08/16</u>         <u>s/Juror #1</u>
         Foreperson Juror#<u> 1 </u>

<u>s/Juror #2</u>         <u>s/Juror #3</u>
Juror #<u> 2 </u>         Juror #<u> 3 </u>

<u>s/Juror #4</u>         <u>s/Juror #5</u>
Juror #<u> 4 </u>         Juror #<u> 5 </u>

<u>s/Juror #6</u>         <u>s/Juror #7</u>
Juror #<u> 6 </u>         Juror #<u> 7 </u>

<u>s/Juror #8</u>
Juror #<u> 8 </u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Elizabeth Rogers, Tina Reynolds and, :
Stephanie Ochoa,

        Plaintiffs,    :    Case No. 1:13-CV-146

  vs.    :

Chipotle Mexican Grill, Inc.,    :

         :

        Defendant.    :

## SPECIAL VERDICT ON PUNITIVE DAMAGES

We, the jury, unanimously determine our Special Verdict On Punitive Damages as follows:

What amount of money, if any, do you award to Plaintiff Reynolds as punitive damages against Defendant for acting with malice or reckless indifference to Plaintiff's federal rights?

$ 85,000.00

Date: 2/08/16

s/Juror #1
Foreperson Juror# 1

s/Juror #2
Juror # 2

s/Juror #3
Juror # 3

s/Juror #4
Juror # 4

s/Juror #5
Juror # 5

s/Juror #6
Juror # 6

s/Juror #7
Juror # 7

s/Juror #8
Juror # 8

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Elizabeth Rogers, Tina Reynolds and, :
Stephanie Ochoa,

        Plaintiffs,    :    Case No. 1:13-CV-146

  vs.    :

Chipotle Mexican Grill, Inc.,    :

   :

        Defendant.    :

<u>SPECIAL VERDICT ON PUNITIVE DAMAGES</u>

We, the jury, unanimously determine our Special Verdict On Punitive Damages as follows:

What amount of money, if any, do you award to Plaintiff Ochoa as punitive damages against Defendant for acting with malice or reckless indifference to Plaintiff's federal rights?

$ <u>85,000.00</u>

Date: <u>  2/08/16  </u>          <u>  s/Juror #1  </u>
                                                                 Foreperson Juror#<u> 1 </u>

<u>  s/Juror #2  </u>          <u>  s/Juror #3  </u>
Juror #<u> 2 </u>                        Juror #<u> 3 </u>

<u>  s/Juror #4  </u>          <u>  s/Juror #5  </u>
Juror #<u> 4 </u>                        Juror #<u> 5 </u>

<u>  s/Juror #6  </u>          <u>  s/Juror #7  </u>
Juror #<u> 6 </u>                        Juror #<u> 7 </u>

<u>  s/Juror #8  </u>
Juror #<u> 8 </u>