# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Cristie R. Reynolds, et al.,
    Plaintiffs

v.                         Case No. 1:13-cv-146

Chipotle Mexican Grill, Inc.,
    Defendant

## ORDER

The Court having been advised by the parties that the within action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within Fifteen (15) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date: April 11, 2016                        s/Sandra S. Beckwith
                                                          Sandra S. Beckwith, Senior Judge
                                                          United States District Court